IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LARCELL JENNINGS, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:14-cv-00538-SWW |
| | * | |
| | * | |
| BESTWAY RENTAL, INC., | * | |
| | * | |
| Defendant. | * | |

## ORDER

Pursuant to the parties' joint stipulation of dismissal [doc.#5], this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 14th day of July 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE